ALSD Local AO 93 (Rev. 8/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MJ 19-55-B
)
Alcatel TracFone Wireless Cell Phone, Model A405DL, )
IMEI # 015114003754365 )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Alabama_____
*(identify the person or describe the property to be searched and give its location)*:
Alcatel TracFone Wireless Cell Phone, Model A405DL, IMEI # 015114003754365 ; held at Bayou La Batre Police Dept. Evidence Room.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Digital contents of the Alcatel TracFone Wireless Cell Phone, Model A405DL, IMEI # 015114003754365 to include call logs, pictures, and text communications

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____March 8, 2019_____
                                                                                                *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.        ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Hon. Sonja F. Bivens_____.
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: Feb. 22, 2019                     /s/ Sonja F. Bivens
                                                                                            *Judge's signature*

City and state:   Mobile, Alabama                          Hon. Sonja F. Bivens, U.S. Magistrate Judge
                                                                                       *Printed name and title*



Certified to be a true and
correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: Maria Payne
      Deputy Clerk
Date: February 22, 2019

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: FBI 281D· MO· 2242304 | Date and time warrant executed: 2/26/19  1:15 PM | Copy of warrant and inventory left with: Case File / FBI Office |
|---|---|---|

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

- Phone powered up. 8 pictures taken of digital content. Pictures are being maintained on a CD in FBI Case File.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/26/19

Arthur Paul Roche
Executing officer's signature

ARTHUR PAUL ROCHE SA/FBI
Printed name and title